# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| SUSANNAH HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No._____ |
| ) | |
| TODDLE INN DAY CARE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Toddle Inn Day Care, Inc. ("Toddle Inn"), by and through undersigned counsel, notices the removal of the above-captioned action from Cumberland County Superior Court located in Cumberland County, State of Maine to the United States District Court located in Portland, Maine as authorized by 28 U.S.C. section 1331 and 1367. In support of this Notice of Removal Toddle Inn states as follows in accordance with Rule 11 of the Federal Rules of civil Procedure:

1. This action was commenced in Maine Superior Court for Cumberland County on or about June 10, 2020, by the filing of a Complaint in that court. The Superior Court docket number is PORSC-CV-2020-00241.

2. This is a civil action in which Plaintiff Susannah Hunt alleges state-law claims of racial harassment in violation of the Maine Human Rights Act (Count I) and disparate treatment based on race in violation of the Maine Human Rights Act (Count II).

3. Plaintiff also alleges two federal law claims—racial harassment in violation of 42 U.S.C. section 1981 (Count III) and racial discrimination in violation of 42 U.S.C. section 1981 (Count IV).

4. This Court has original jurisdiction over Counts III and IV of the complaint pursuant to 28 U.S.C. section 1331 because those claims arise under the laws of the United States. Further, this Court has supplemental jurisdiction over the state law claims asserted in Counts I and II because those claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. section 1367 (a). The alleged factual predicate for Plaintiff's state and federal law claims is exactly the same.

5. There are no complex or novel issues of state law that would prohibit this Court from exercising supplemental jurisdiction over the state law claims. Nor do those claims substantially predominate over the claims over which this Court has original jurisdiction. There are no other compelling reasons for this Court to decline supplemental jurisdiction over the state law claims. 28 U.S.C. section 1367 (c).

6. This Notice of Removal is filed within 30 days after Toddle Inn's receipt of a copy of the summons and complaint on August 20, 2020. *See* 28 U.S.C. section 1446(b)(1).

7. Attached hereto as **Exhibits 1-3** is a certified copy of the state court docket sheet and record of this case.

For these reasons, Defendant Toddle Inn Day Care, Inc. respectfully requests removal of the above-captioned case from the state court to this Court.

Dated at Portland, Maine this 9th day of September 2020.

        Respectfully submitted,

        Toddle Inn Day Care, Inc.

        *By its attorneys*,

        /s/ *Laura A. Rideout*
        Laura A. Rideout
        Peter G. Callaghan, to be admitted *pro hac vice*

        PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
        One City Center
        P.O. Box 9546
        Portland, ME 04112-9546
        T: (207) 791-3000
        F: (207) 791-3111

        lrideout@preti.com
        pcallaghan@preti.com

**Certificate of Service**

  I, Laura A. Rideout, attorney for Toddle Inn Day Care, Inc., hereby certify that on the above date I electronically filed the foregoing document with the clerk of court via email at newcases.portland@med.uscourts.gov.  I also certify that I served the foregoing by depositing a true copy of the same, on this date, in the U.S. mail, postage prepaid, to:

Sally A. Morris, Esq.
Six City Center, Suite 300
Portland, ME 04101


Heidi Bauer, Clerk and Manager of Court Operations
Cumberland County Superior Court
205 Newbury Street, Portland, ME 04101


       /s/ *Laura A. Rideout*
       Laura A. Rideout


       PRETI FLAHERTY BELIVEAU & PACHIOS LLP

       One City Center
       P.O. Box 9546
       Portland, ME 04112-9546
       T: (207) 791-3000
       F: (207) 791-3111

       lrideout@preti.com